## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| THE HONORABLE KAREN WELDIN STEWART, CIR-ML, INSURANCE COMMISSIONER OF THE STATE OF DELAWARE, IN HER CAPACITY AS THE RECEIVER OF ULLICO CASUALTY COMPANY<br><br>v.<br><br>AUSTIN TITAN FIRE PROTECTION, INC., MARTIN BABB AND LACY BABB | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:16-cv-00004-LY |

## ADVICE OF BANKRUPTCY

COME NOW the Defendants, MARTIN BABB and LACY BABB, through the undersigned attorney, and show the Court the following:

1.    Defendants filed a petition for relief on May 5, 2017, under Title 11, *United States Code*, in the United States Bankruptcy Court for the Western District of Texas, which bears the case number 17-10543-tmd-7.

2.    This case is pending.

3.     This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.     This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the Defendants suggest that this action has been stayed by the operation of 11 U.S.C. § 362.

/s/ **Lee Norton Bain**
Lee Norton Bain
120 West 8th Street
Georgetown, Texas 78626
Phone: (512) 863-2813
Fax: (512) 869-5090
State Bar Number 01548500
leebain@leebainlaw.com
Attorney for Defendants in the
Bankruptcy Case only

## Certificate of Service

As evidenced by my signature above, I certify that a copy of the foregoing Advice of Bankruptcy was delivered to WEINSTEIN RADCLIFF PIPKIN, LLP, Attn: Robert K. Radcliff, 8350 N Central Expressway, Suite 1550, Dallas, Texas 75206, via first class mail and email address *rradcliff@weinrad.com* on or before this 16th day of May, 2017.

RECEIVED

MAY 1 6 2017

CLERK U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

*Attorney at Law*
**120 West Eighth Street**
**Georgetown, Texas 78626**

## *Law Office of*
## *LEE NORTON BAIN*

*Phone: (512)-863-2813*
*Fax:      (512)-869-5090*
*e-mail:   leebain@leebainlaw.com*

May 15, 2017

U.S. District Clerk's Office
501 West Fifth Street, Suite 1100
Austin, Texas 78701

*Sent via first class mail.*

Re:   Civil Action No. 12-438-LY; *Philadelphia Indemnity Insurance Company vs. Austin Titan Fire Protection, Inc., Austin Titan Construction, Inc., Johnathon M. Couch; Stehanie J. Couch; Martin W. Babb; and Lacey B. Babb*

Civil Action No. 1:16-cv-00004-LY; *The Honorable Karen Weldin Stewart, Cir-ML, Insurance Commissioner of the State of Delaware, In Her Capacity as the Receiver of Ullico Casualty Company v. Austin Titan Fire Protection, Inc., Martin Babb and Lacy Babb*

Dear Clerk:

Enclosed you will find the original and one copy of our *Advice of Bankruptcy* for each of the above shown civil suits. Please return the file-stamped copies in the SASE provided. Let us know if you have any questions or concerns. Thank you.

Sincerely,

LEE NORTON BAIN, ATTORNEY AT LAW

Jessica Morrison
Legal Assistant to Lee Norton Bain
*jm.leebainlaw@gmail.com*

/jm
Enclosure(s): as stated above
cc:       Langley Weinstein LLP
          901 Main Street, Suite 600
          Dallas, Texas 75202;
          Weinstein Radcliff Pipkin, LLP
          Attn: Robert K. Radcliff
          8350 N. Central Expressway, Suite 1550
          Dallas, Texas 75206;
          Robert K. Radcliff @ email address *rradcliff@weinrad.com*;
          and file

***Thank You.***